UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON BEATTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNGAGE FINANCIAL, LLC, a Massachusetts limited liability company; NBT BANK, N.A., an New York Corporation; SUNMADE ENERGY, LLC, a California limited liability company; PG&E CORPORATION, a California Corporation, PACIFIC GAS & ELECTRIC COMPANY, a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:25-cv-00645-KES-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT SUNMADE ENERGY, LLC<br><br>(Doc. 16) |

On June 10, 2025, Plaintiff filed a Notice for Voluntary Dismissal Without Prejudice as to Defendant Sunmade Energy, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 16.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed a notice of dismissal of this case without prejudice under Rule 41(a)(1)(A)(i), this case has automatically terminated as to Defendant Sunmade Energy, LLC. Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Sunmade Energy, LLC.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated:  **July 11, 2025**                     /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE