KELLEY CONNOLLY BARNABY (*pro hac vice*)
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
Telephone:  202.239.3300
Facsimile:  202.239.3333
E-mail:  kelley.barnaby@alston.com

DAVID B. CARPENTER, (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone:  404.881.7000
Facsimile:  404.881.7777
E-mail:  david.carpenter@alston.com

TRACY YAO (State Bar No. 323816)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:  415-243-1000
Facsimile:  415-243-1001
E-mail:  tracy.yao@alston.com

Attorneys for Defendant NBT BANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERON BEATTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNGAGE FINANCIAL, LLC, a Massachusetts limited liability company; NBT BANK, N.A., a New York Corporation; SUNMADE ENERGY, LLC, a California limited liability company; PG&E CORPORATION, a California Corporation, PACIFIC GAS & ELECTRIC COMPANY, a California Corporation, and DOES 1 through 50, inclusive,,<br><br>Defendants. | Case No. 1:25-cv-00645-KES-SKO<br><br>**JOINT STIPULATION AND ORDER RE AMENDED COMPLAINT, MOTION TO DISMISS BRIEFING SCHEDULE, AND CONTINUING THE INITIAL SCHEDULING CONFERENCE**<br><br>**(Doc. 24)**<br><br>Filing Date:  August 15, 2025<br>Trial Date:  None set |

- 1 -

Plaintiff Cameron Beatty and Defendants Sungage Financial, LLC ("Sungage"); NBT Bank, N.A. ("NBT"); and PG&E Corporation, and Pacific Gas & Electric Company (collectively, "PG&E"), by and through their counsel, hereby make the following stipulations regarding Plaintiff's anticipated amended complaint and Defendants' response thereto and also jointly request that the Initial Scheduling Conference be continued.

WHEREAS, on May 30, 2025, Plaintiff filed the Complaint in the above-captioned lawsuit;

WHEREAS, on June 17, 2025, Plaintiff sent a request for waiver of the service of the summons to Sungage;

WHEREAS, Sungage agreed to waive the service of the summons, and Sungage's current deadline to respond to the Complaint is August 18, 2025;

WHEREAS, Plaintiff filed proofs of service stating that PG&E was served with the Complaint on June 20, 2025,

WHEREAS, on July 10, 2025, the Court granted Plaintiff, PG&E Corporation, and Pacific Gas and Electric Company's stipulation to extend PG&E's deadline to respond to the Complaint from July 11, 2025, to August 25, 2025;

WHEREAS, on July 3, 2025, Plaintiff sent a request for waiver of service of the summons to NBT;

WHEREAS, NBT agreed to waive the service of the summons, and NBT's current deadline to respond to the Complaint is September 2, 2025;

WHEREAS, Defendants currently have differing deadlines for responding to the Complaint and each intends to move to dismiss the Complaint,

WHEREAS, Plaintiff intends to amend the Complaint;

WHEREAS, the Initial Scheduling Conference is currently set for September 4, 2025, before the Honorable Sheila K. Oberto;

WHEREAS, in the interest of litigation efficiency and judicial economy, the Parties have agreed a deadline by which Plaintiff will file an amended complaint and a

briefing schedule for the anticipated motions to dismiss the amended complaint and jointly request the Initial Scheduling Conference be continued to a date after any anticipated motions to dismiss are heard;

THEREFORE, subject to the Court's approval, the Parties HEREBY STIPULATE as follows:

1. Plaintiff shall have until September 30, 2025 to meet and confer with the parties regarding the allegations in the initial Complaint and to file an amended complaint;

2. Defendants need not respond to the initial Complaint, and Plaintiff will not seek default against any Defendant for failure to respond to the initial complaint;

3. Defendants' deadline to respond to the amended complaint will be October 30, 2025;

4. Any motions to dismiss shall be noticed for hearing in accordance with Local Rule 230 for a date convenient for District Judge Kirk E. Sherriff, with all motions to dismiss being scheduled on the same date;

5. Plaintiff's opposition(s) to any motions to dismiss and Defendants' replies shall be filed according to the deadlines set forth in Local Rule 230; and

6. The Initial Scheduling Conference, currently set for September 4, 2025, and all related deadlines, will be rescheduled to a date after the motions to dismiss are heard, as set by the court.

Dated: August 18, 2025   **LAW OFFICES OF JASON M. INGBER**

By: /s/ Jason M. Ingber (as authorized on 8/18/25)
Jason M. Ingber
Attorneys for Plaintiff Cameron Beatty

Dated:  August 18, 2025                     **GOUGH & HANCOCK**

By: /s/Laura Goodman (as authorized on 8/18/25)
  Laura L. Goodman
  Gayle L Gough
  Attorneys for Defendant PG&E Corporation
  and Pacific Gas & Electric Company

Dated:  August 18, 2025                     **WIECHERT, MUNK & GOLDSTEIN**

By:  /s/Jessica Munk (as authorized on 8/18/25)
  Jessica C. Munk
  Daniel M. Rabinovitz, PHV
  Attorneys for Defendant Sungage Financial, LLC

Dated:  August 18, 2025                     **MURPHY & KING**

By:  /s/ Dan Rabinovitz (as authorized on 8/18/25)
  Daniel J. Goodrich, PHV
  Daniel M. Rabinovitz, PHV
  Attorneys for Defendant Sungage Financial, LLC

Dated:  August 18, 2025                     **ALSTON & BIRD LLP**

By:  /s/Tracy Yao
  Tracy Yao
  David B. Carpenter, PHV
  Kelley Connolly Barnaby, PHV
  Attorneys for Defendant NBT BANK, N.A.

**ORDER**

Based on the Parties' foregoing Stipulation (Doc. 24), and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff shall have until September 30, 2025 to file an amended complaint;

2. Defendants need not respond to the initial Complaint, and Plaintiff will not seek default against any Defendant for failure to respond to the initial complaint;

3. Defendants' deadline to respond to the amended complaint is October 30, 2025;

4. Any motions to dismiss shall be noticed for hearing in accordance with Local Rule 230 for a date convenient for District Judge Kirk E. Sherriff, with all motions to dismiss being scheduled on the same date;

5. Plaintiff's opposition(s) to any motions to dismiss and Defendants' replies shall be filed according to the deadlines set forth in Local Rule 230; and

6. The Initial Scheduling Conference, currently set for September 4, 2025, and all related deadlines, is CONTINUED to January 29, 2026, at 9:30 AM before Magistrate Judge Sheila K. Oberto. The parties shall file a joint scheduling report seven (7) days before the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **August 18, 2025**                    /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE