**WIECHERT, MUNK & GOLDSTEIN, P.C.**
David Wiechert, CA Bar No. 94607
Jessica C. Munk, CA Bar No. 238832
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Email: dwiechert@aol.com
Email: jessica@wmgattorneys.com


**MURPHY & KING PC**
DAN RABINOVITZ (admitted *pro hac vice*)
DAN GOODRICH (admitted *pro hac vice*)
28 State Street Suite 3100
Boston, MA 02109
Phone: (617) 423-0400
Facsimile: (617) 423-0498
Email: drabinovitz@murphyking.com
Email: dgoodrich@murphyking.com

Attorneys for Defendant SUNGAGE FINANCIAL LLC

| | |
|---|---|
| CAMERON BEATTY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNGAGE FINANCIAL, LLC, a Massachusetts limited liability company; NBT BANK, N.A., a New York Corporation; SUNMADE ENERGY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-00645-KES-SKO<br><br>**Joint Stipulation AND ORDER for defendants to RESPOND TO AMENDED COMPLAINT**<br><br>**(Doc. 28)**<br><br>Filing Date:　　August 15, 2025<br>Trial Date:　　None set |

- 1 -

Plaintiff Cameron Beatty and Defendants Sungage Financial, LLC ("Sungage"); and NBT Bank, N.A. ("NBT") (collectively "Defendants"), by and through their counsel, hereby make the following stipulations regarding the deadline for Defendants to respond to Plaintiff's Amended Complaint.

1. WHEREAS, on August 18, 2025, the Parties filed a Joint Stipulation and Proposed Order that included language stating that Plaintiff shall have until September 30, 2025 to file an amended complaint (Dkt. No. 24);

2. WHEREAS the Joint Stipulation and Proposed Order filed on August 18, 2025 also included language that Defendants deadline to respond to the amended complaint would be October 30, 2025 (Dkt. No. 24);

3. WHEREAS on August 18, 2025, the Court entered an Order granting that stipulation (Dkt. No.25);

4. WHEREAS Plaintiff did not file his amended complaint until October 22, 2025 (Dkt. No. 27);

5. WHEREAS the Parties have agreed that Defendants' new deadline to respond to the amended complaint should be November 21, 2025;

6. THEREFORE, subject to the Court's approval, the Parties HEREBY STIPULATE that Defendants' deadline to respond to the amended complaint is November 21, 2025.

Dated: October 30, 2025        **LAW OFFICES OF JASON M. INGBER**

By: /s/Jason M. Ingber (*with email authorization*)
Jason M. Ingber
Serach B. Shafa
Attorneys for Plaintiff
Cameron Beatty

| | |
|---|---|
| Dated:  October 30, 2025 | **WIECHERT, MUNK & GOLDSTEIN, PC** |
| | By:  /s/Jessica Munk<br>Jessica C. Munk<br>David W. Wiechert<br>Attorneys for Defendant<br>Sungage Financial, LLC |
| Dated:  October 30, 2025 | **MURPHY & KING** |
| | By:  /s/ Dan Rabinovitz (*with email authorization*)<br>Daniel J. Goodrich, PHV<br>Daniel M. Rabinovitz, PHV<br>Attorneys for Defendant<br>Sungage Financial, LLC |
| Dated:  October 30, 2025 | **ALSTON & BIRD LLP** |
| | By:  /s/David Carpenter (*with email authorization*)<br>Tracy Yao<br>David B. Carpenter, PHV<br>Kelley Connolly Barnaby, PHV<br>Attorneys for Defendant<br>NBT BANK, N.A. |

## **ORDER**

Based on the Parties' foregoing Stipulation (Doc. 28), and good cause appearing, the Court hereby ORDERS that Defendants' deadline to respond to the amended complaint is **November 21, 2025**.

IT IS SO ORDERED.

Dated:   **October 31, 2025**               /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE