**WIECHERT, MUNK & GOLDSTEIN, P.C.**
David Wiechert, CA Bar No. 94607
Jessica C. Munk, CA Bar No. 238832
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Email: dwiechert@aol.com
Email: jessica@wmgattorneys.com


**MURPHY & KING PC**
Daniel M. Rabinovitz (admitted *pro hac vice*)
Daniel J. Goodrich (admitted *pro hac vice*)
28 State Street Suite 3100
Boston, MA 02109
Phone: (617) 423-0400
Facsimile: (617) 423-0498
Email: drabinovitz@murphyking.com
Email: dgoodrich@murphyking.com

Attorneys for Defendant SUNGAGE FINANCIAL, LLC

| | |
|---|---|
| CAMERON BEATTY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SUNGAGE FINANCIAL, LLC, a Massachusetts limited liability company; NBT BANK, N.A., a New York Corporation; SUNMADE ENERGY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 1:25-cv-00645-KES-SKO<br><br>**STIPULATION AND ORDER FOR DEFENDANT SUNGAGE FINANCIAL, LLC TO CONTINUE RESPONSE DEADLINE TO the AMENDED COMPLAINT**<br><br>**(Doc. 33)**<br><br>Filing Date:   May 30, 2025<br>Trial Date:    None set |

- 1 -

Plaintiff Cameron Beatty and Defendant Sungage Financial, LLC ("Sungage" or "Defendant Sungage"), by and through their counsel, hereby make the following stipulations regarding the deadline for Defendant Sungage to respond to Plaintiff's Amended Complaint.

1. WHEREAS, on August 18, 2025, the Parties filed a Joint Stipulation and Proposed Order that included language stating that Plaintiff shall have until September 30, 2025 to file an amended complaint (Dkt. No. 24);

2. WHEREAS the Joint Stipulation and Proposed Order filed on August 18, 2025 also included language that Defendants deadline to respond to the amended complaint would be October 30, 2025 (Dkt. No. 24);

3. WHEREAS on August 18, 2025, the Court entered an Order granting that stipulation (Dkt. No.25);

4. WHEREAS Plaintiff did not file his amended complaint until October 22, 2025 (Dkt. No. 27);

5. WHEREAS the Parties previously agreed that Defendants' new deadline to respond to the amended complaint should be December 5, 2025, and the Court entered an Order granting that stipulation (Dkts. 30-31);

6. WHEREAS, the parties want to pursue additional meet and confer efforts before Sungage files its response, and given the holiday season, the parties agree to extend Sungage's response deadline to January 9, 2026;

7. THEREFORE, subject to the Court's approval, the Parties HEREBY STIPULATE and agree that Defendant Sungage's deadline to respond to the amended complaint is January 9, 2026.

Dated:  December 4, 2025         **LAW OFFICES OF JASON M. INGBER**

By: /s/Jason M. Ingber *(with email authorization)*
Jason M. Ingber
Serach B. Shafa

- 2 -

        Attorneys for Plaintiff
        Cameron Beatty

Dated:  December 4, 2025  **WIECHERT, MUNK & GOLDSTEIN, PC**

  By:  /s/Jessica Munk
     Jessica C. Munk
     David W. Wiechert
     Attorneys for Defendant
     Sungage Financial, LLC

Dated:  December 4, 2025  **MURPHY & KING**

  By:  /s/ Dan Rabinovitz (*with email authorization*)
     Daniel J. Goodrich, PHV
     Daniel M. Rabinovitz, PHV
     Attorneys for Defendant
     Sungage Financial, LLC

**ORDER**

Based on the Parties' foregoing Stipulation (Doc. 33), and good cause appearing Fed. R. Civ. P. 16(b)(4)), the Court hereby ORDERS that Defendant Sungage Financial, LLC's deadline to respond to the amended complaint is continued to **January 9, 2026**.

IT IS SO ORDERED.

Dated:   **December 5, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE