Jason M. Ingber (SBN 318323)
Serach B. Shafa (SBN 358332)
**Ingber Law Group**
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
Telephone: (213) 805-8373
E-mail: ji@jasoningber.com

Attorneys for Plaintiff Cameron Beatty

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON BEATTY, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SUNGAGE FINANCIAL, LLC, a Massachusetts limited liability company; NBT BANK, N.A., a New York Corporation; SUNMADE ENERGY, LLC, a California limited liability company; PG&E CORPORATION, a California Corporation, PACIFIC GAS & ELECTRIC COMPANY, a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO: 1:25-cv-00645-KES-SKO**<br><br>*[Assigned to: District Judge Kirk E. Sherriff]*<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUNGAGE FINANCIAL, LLC, PURSUANT TO FED. R. CIV. P.) 41(a)(1)(A)(i)** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Cameron Beatty hereby voluntarily dismisses Defendant SUNGAGE FINANCIAL, LLC from this action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal is filed before Defendant SUNGAGE FINANCIAL, LLC has served either an answer or a motion for summary judgment in this action.

This dismissal applies only to Defendant SUNGAGE FINANCIAL, LLC. This action shall continue as to all remaining defendants.

Dated:  January 13, 2026          INGBER LAW GROUP

                                   */s/ Jason M. Ingber*
                                  Jason M. Ingber, Esq. (SBN 318323)
                                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <u>*/s/ Jason M. Ingber*</u>
Jason M. Ingber
Serach B. Shafa
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUNGAGE FINANCIAL, LLC, PURSUANT TO FED. R. CIV. P.) 41(A)(1)(A)(I)