# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON BEATTY,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNGAGE FINANCIAL, LLC, et al.,<br><br><br>  Defendants. | Case No.  1:25-cv-00645-KES-EGC<br><br>**ORDER DISCHARGING THE COURT'S OSC AND DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**<br><br>(Doc. 55) |

On June 22, 2026, Plaintiff Cameron Beatty filed a Notice of Voluntary Dismissal of Claims Against Defendant NBT Bank, N.A., notifying the Court that this Defendant is voluntarily dismissed with prejudice.[1] (Doc. 55).

Plaintiff filed this notice before Defendant NBT Bank, N.A. served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed their claims as to Defendant NBT Bank, N.A. *only* with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See Constantinides v. Los Angeles Cnty. Sheriff*, 955 F.2d 47 (9th Cir. 1992) ("Although Roxanna had filed an answer before Constantinides's request for dismissal without prejudice, Constantinides could still dismiss without prejudice the County defendants, who had neither answered nor moved for summary judgment."); *Maxx Grp., LLC v. Uriah Prods., LLC*, No. 8:24-CV-01651-FWS-MAA, 2024 WL 5694630, at *1 (C.D. Cal. Dec. 2, 2024); *City of*

---

[1] Because this notice of dismissal was filed prior to June 24, 2026, the Court's order to show cause, (Doc. 54), is hereby DISCHARGED.

*San Jose v. San Jose Police Officers' Ass'n*, No. 5:12-CV-02904-LHK, 2013 WL 4806453, at *2 (N.D. Cal. Sept. 9, 2013); 2 FEDERAL RULES OF CIVIL PROCEDURE, RULES AND COMMENTARY § 41:10 (observing that the "prevailing answer" to the question "[i]f one defendant has answered or moved for summary judgment but another defendant has not, can the plaintiff still dismiss by notice with respect to the defendant that has not answered or moved for summary judgment" is "yes").

The Court therefore DIRECTS the Clerk of Court to terminate Defendant NBT Bank, N.A.. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (The notice of voluntary dismissal "automatically terminates the action as to the defendants who are the subjects of the notice.").

This case shall remain OPEN pending resolution of Plaintiff's case against all remaining Defendants.

IT IS SO ORDERED.

Dated:   **June 23, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2